637 S.E.2d 330

Kyna Chanelle McGOWAN, s/k/a, Kyna Chanele McGowan, Appellant,

v.

COMMONWEALTH of Virginia, Appellee.

Record No. 0412–05–1.

Court of Appeals of Virginia.

Nov. 28, 2006.

Charles E. Haden, for appellant.

Alice T. Armstrong, Assistant Attorney General (Robert F. McDonnell, Attorney General, on brief), for appellee.

Before Chief Judge FELTON, Judges BENTON, ELDER, FRANK, HUMPHREYS, CLEMENTS, KELSEY, McCLANAHAN, HALEY, PETTY and BEALES.

Upon a Rehearing En Banc

By published opinion dated June 20, 2006, a divided panel of this Court affirmed the judgment of the trial court. *See McGowan v. Commonwealth*, 48 Va.App. 333, 630 S.E.2d 758 (2006). We stayed the mandate of that decision and granted a rehearing *en banc*, 48 Va.App. 611, 633 S.E.2d 232 (2006).

Upon rehearing *en banc*, it is ordered that the stay of the June 20, 2006 mandate is lifted and the judgment of the trial court is affirmed for the reasons set forth in the majority panel opinion.

Chief Judge Felton, Judges Benton, Elder, Frank and Clements dissent for the reasons set forth in the panel dissent. *See* 48 Va.App. at 344–53, 630 S.E.2d at 764–68.

It is ordered that the trial court allow counsel for the appellant an additional fee of $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.

This amount shall be added to the costs due the Commonwealth in the June 20, 2006 mandate.

This order shall be published and certified to the trial court.